IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, § | | |
|     Plaintiff, § | | |
| § | | |
| v. § | Civil Action No. 3:17-CV-2286-N | |
| § | | |
| $5,060.00 IN U.S. CURRENCY, § | | |
|     Respondent In Rem, § | | |
| § | | |
| TRAVIS TAYLOR, § | | |
|     Claimant. § | | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. The *United States' Motion to Dismiss Third-Party Claim for Want of Prosecution*, Doc. 17, is **GRANTED** and Mr. Taylor's claim to the forfeited funds **DISMISSED**.

**SO ORDERED** this 22nd day of October, 2018.

_____
David C. Godbey
United States District Judge